AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

DAVID L. BEEKMAN, et al.,

**JUDGMENT IN A CIVIL CASE**

V.

OFFICE DEPOT, INC.

Case Number: 1:05-cv-00638

☑ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...pursuant to the Jury Verdict entered December 14, 2007 (doc. 83), judgment is hereby ENTERED in favor of Defendant Office Depot, Inc. and against Plaintiff David L. Beekman.

| 12/17/2007 | JAMES BONINI, CLERK |
|---|---|
| Date | Clerk |
| | s/Kevin Moser |
| | (By) Deputy Clerk |